# *The Law Offices of*
# *Michael P. Delaney*

| | | |
|---|---|---|
| *New York* | *Admitted in New York and Texas* | *Texas* |
| 465 *New Karner Road* | email *no1esqs@aol.com* | 823 *Congress Ave., Ste 225* |
| *Albany, NY 12205* | | *Austin, TX 78701* |
| *P 518-456-0271* | | *P 866-TEX-LAWS* |
| *F 518-862-7185* | | *F 512-499-8989* |

October 2, 2012

Hon. Randolph F. Treece
James T. Foley U.S. Courthouse
445 Broadway-Room 314
Albany, New York 12207

Re: <u>Byrne & Storm, P.C. v. Handel & Weldon House</u>
    Case No.: 12-00716

Dear Judge Treece:

    Thank you for making the Court available on October 5, 2012 at 9:00 a.m.; however the parties will not be able to attend at that time. In the meantime, Attorney Brownell and I are discussing our availability during the month of November and will advise the Court accordingly.

    Thank you for your consideration in this matter.

Very truly yours,

MICHAEL P. DELANEY

MPD/dlp

cc: Conor Brownell, Esq.
    Roy Handel