# GANZ WOLKENBREIT & SIEGFELD LLP
ATTORNEYS AT LAW
ONE COLUMBIA CIRCLE
ALBANY, NEW YORK 12203

(518) 869-9500 • FAX: (518) 869-9556
www.gwlaw.com

JED B. WOLKENBREIT
ROBERT E. GANZ
DAVID E. SIEGFELD
CONOR E. BROWNELL
BETH E. CAREY

LIANNE S. PINCHUK
*COUNSEL*

RICHARD H. FRIEDMAN (1977-2007)

*NEW YORK OFFICE*
230 PARK AVENUE, SUITE 1000
NEW YORK, NEW YORK 10169
(212) 984-1070 • FAX: (212) 984-1071

October 29, 2012

**(VIA ECF FILING)**
Hon. Randolph F. Treece
James T. Foley U.S. Courthouse
445 Broadway - Room 314
Albany, NY 12207

Re:   Byrne & Storm, P.C. v Weldon House and Roy Handel
      Case No. 12-00716

Dear Judge Treece:

   I write in regards to the conference scheduled for Wednesday October 31, 2012 in the above matter. Given the severe weather forecasted for the next two days my client, who is traveling from Connecticut, has requested that the Court consider adjourning the conference. I have already conferred with opposing counsel and November 9, 2012, works for all parties. Please let me know if that adjournment date will work with Your Honor's schedule.

   Thank you for the Court's attention to this matter.

                              Very truly yours,

                              GANZ WOLKENBREIT & SIEGFELD LLP

                              Conor E. Brownell
                              ceb@gwlaw.com

CEB
cc: Michael Delaney, Esq.

00067485.WPD