# The Law Offices of
# *Michael P. Delaney*

*Admitted in New York and Texas*

| New York | email *no1esqs@aol.com* | Texas |
|---|---|---|
| 465 New Karner Road | | 823 Congress Ave., Ste 225 |
| Albany, NY 12205 | | Austin, TX 78701 |
| P 518-456-0271 | | P 866-TEX-LAWS |
| F 518-862-7185 | | F 512-499-8989 |

November 8, 2012

The Honorable Gary L. Sharpe
James T. Foley U.S. Courthouse
445 Broadway-Room 314
Albany, New York 12207

Re: *Byrne & Storm, P.C. v. Handel & Weldon House*
     Case No.: 12-cv-716

Dear Judge Sharpe:

    Attached please find a stipulation signed by Attorney Brownell and me with respect to the extension dates in connection with Plaintiff's Motion for Summary Judgment. I respectfully request the Court grant the adjournment as set forth in the Stipulation.

                                                              Respectfully submitted,

                                                               Michael P. Delaney

MPD/dlp

*The Law Offices of*
# Michael P. Delaney

| New York | *Admitted in New York and Texas* | Texas |
|---|---|---|
| 465 New Karner Road | email *no1esqs@aol.com* | 823 Congress Ave., Ste 225 |
| Albany, NY 12205 | | Austin, TX 78701 |
| P 518-456-0271 | | P 866-TEX-LAWS |
| F 518-862-7185 | | F 512-499-8989 |

February 5, 2013

Conor E. Brownell, Esq.
GANZ, WOLKENBREIT & SIEGFELD, LLP
One Columbia Circle
Albany, New York 12203

Re:   *Byrne & Storm, P.C. v. Handel & Weldon House*
       Case No.: 12-cv-716

Dear Conor:

Pursuant to our previous discussion you have consented to a 14-day extension for the following:

- Response to Summary Judgment Motion from 2/19/2013 to 3/5/2013
- Reply to Response from 2/25/2013 to 3/12/2013
- Summary Judgment Motion hearing from 3/7/2013 at 9:00 a.m. to 3/21/2103 at 9:00 a.m. before Chief Judge Gary L. Sharpe in Albany

If these dates are acceptable, kindly sign at the bottom of this letter and I will forward the same to the Court. Thank you for your cooperation in this matter.

Very truly yours,

Michael P. Delaney

MPD:dlp

cc:   Roy Handel

Agreed to this 5 day of February, 2013.

_____
CONOR E. BROWNELL, ESQ.