# The Law Offices of
# *Michael P. Delaney*

| | | |
|---|---|---|
| *New York* | *Admitted in New York and Texas* | *Texas* |
| 465 New Karner Road | email no1esqs@aol.com | 823 Congress Ave., Ste 225 |
| Albany, NY 12205 | | Austin, TX 78701 |
| P 518-456-0271 | | P 866-TEX-LAWS |
| F 518-862-7185 | | F 512-499-8989 |

March 26, 2013

The Honorable Gary L. Sharpe
James T. Foley U.S. Courthouse
445 Broadway-Room 314
Albany, New York 12207

Re:   *Byrne & Storm, P.C. v. Handel & Weldon House*
       Case No.: 12-cv-716

Dear Judge Sharpe:

   Kindly accept this letter as defendants request to file a brief reply to plaintiffs response to defendants cross motion for partial summary judgment.

                                              Respectfully submitted,

                                              s/

                                              Michael P. Delaney

MPD:rlh

cc:   Conner E. Brownell, Esq.
       GANZ, WOLKENBREIT & SIEGFELD, LLP
       One Columbia Circle
       Albany, New York 12203