# GANZ WOLKENBREIT & SIEGFELD LLP
### ATTORNEYS AT LAW
ONE COLUMBIA CIRCLE
ALBANY, NEW YORK 12203

(518) 869-9500 • FAX: (518) 869-9556
www.gwlaw.com

JED B. WOLKENBREIT
ROBERT E. GANZ
DAVID E. SIEGFELD
CONOR E. BROWNELL
BETH E. CAREY

LIANNE S. PINCHUK
*COUNSEL*

RICHARD H. FRIEDMAN (1977-2007)

*NEW YORK OFFICE*
230 PARK AVENUE, SUITE 1000
NEW YORK, NEW YORK 10169
(212) 984-1070 • FAX: (212) 984-1071

March 26, 2013

**(VIA ECF FILING)**
Hon. Gary L. Sharpe
James T. Foley U.S. Courthouse
445 Broadway - Room 314
Albany, NY 12207

Re:  Byrne & Storm, P.C. v Weldon House and Roy Handel
     Case No. 12-00716

Dear Judge Sharpe:

Please accept this letter as Plaintiff's opposition to Defendants' March 26, 2013 letter request for permission to file a surreply (labeled by Defendants as a reply to plaintiffs response to defendants cross motion). Surreply's are specifically prohibited under Local Rule 7.1 (b)(1) and it is Plaintiff's position that no grounds exist for the Court to deviate from that Local Rule in the instant case.

Very truly yours,

GANZ WOLKENBREIT & SIEGFELD LLP

Conor E. Brownell
ceb@gwlaw.com

Encl.
cc: Michael Delaney, Esq.