*The Law Offices of*
# *Michael P. Delaney*

| *New York* | *Admitted in New York and Texas* | *Texas* |
|---|---|---|
| 465 *New Karner Road* | email no1esqs@aol.com | 823 *Congress Ave., Ste 225* |
| *Albany, NY 12205* | | *Austin, TX 78701* |
| *P 518-456-0271* | | *P 866-TEX-LAWS* |
| *F 518-862-7185* | | *F 512-499-8989* |

March 27, 2013

The Honorable Gary L. Sharpe
James T. Foley U.S. Courthouse
445 Broadway-Room 314
Albany, New York 12207

Re:   *Byrne & Storm, P.C. v. Handel & Weldon House*
      Case No.: 12-cv-716

Dear Judge Sharpe:

   Defendant's letter request of March 26, 2013 was made pursuant to Local Rule 7.1(3)(c), which states, in pertinent part "the cross-moving party may not reply in further support of its cross-motion without the Court's prior permission".

                              Respectfully submitted,

                              s/Michael P. Delaney

                              Michael P. Delaney

MPD:rlh

cc:   Conner E. Brownell, Esq.
      GANZ, WOLKENBREIT & SIEGFELD, LLP
      One Columbia Circle
      Albany, New York 12203