IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

BYRNE & STORM, P.C.

                        Plaintiff,

                                                                Civil Action No. 1:12-CV-716
   vs.                                                             (GLS/RFT)

ROY HANDEL, *et al.*

                        Defendant.

APPEARANCES:

For the Plaintiff:

Ganz, Wokenbreit Law Firm                    CONOR E. BROWNELL, ESQ.
1 Columbia Circle
Albany, New York 12203

For the Defendants:

Office of Michael P. Delaney                    MICHAEL P. DELANEY, ESQ.
465 New Karner Road
Albany, New York 12205

GARY L. SHARPE
CHIEF JUDGE

**JUDGMENT DISMISSING ACTION BASED UPON SETTLEMENT**

     The Court has been advised by United States Magistrate Judge Randolph F. Treece that the parties in the above-captioned case have reported to him that the case has been settled.  Counsel has also advised Judge Treece that no infant or incompetent person is a party to this action.  Accordingly, it is hereby

     **ORDERED** that:

1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated;

2. The dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3. The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

**IT IS SO ORDERED.**

Dated: December 9, 2013
      Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
Chief Judge
U.S. District Court